FILED

08 APR -2 PM 3:36

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ECL  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. '08 CR 1004 H |
| Plaintiff, | |
| v. | NOTICE OF RELATED CASE |
| JUAN HERNANDEZ-GARCIA, | |
| Defendant. | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. Juan Hernandez-Garcia, Criminal Case No. 08CR0488-H.

DATED: April 2, 2008.

KAREN P. HEWITT
United States Attorney

W. MARK CONOVER
Assistant U.S. Attorney