1  **BRIDGET KENNEDY**
   California State Bar No. 253416
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   bridget_kennedy@fd.org
5
6  Attorneys for Mr. Hernandez-Garcia

7

8                    UNITED STATES DISTRICT COURT

9                  FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10                      **(HONORABLE MARILYN L. HUFF)**

11 | UNITED STATES OF AMERICA,      )   Case No. 08CR1004-MLH
                                    )
12 |            Plaintiff,          )
                                    )
13 | v.                             )
                                    )   **NOTICE OF APPEARANCE**
14 | **JUAN HERNANDEZ-GARCIA,**     )
                                    )
15 |            Defendant.          )
   |_____)

16

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 Bridget L. Kennedy, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in

19 the above-captioned case.

20                                          Respectfully submitted,

21 Dated: April 21, 2008                     *s/ Bridget Kennedy*
                                             Federal Defenders of San Diego, Inc.
22                                           *bridget_kennedy@fd.org*

23

24

25

26

27

28