1 **BRIDGET KENNEDY**
California State Bar No. 253416
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone (619) 234-8467
4 Facsimile (619) 687-2666
bridget_kennedy@fd.org

6 Attorneys for Mr. Hernandez-Garcia

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE MARILYN L. HUFF)**

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No. 08CR1004-MLH |
| 12           Plaintiff, | ) | |
| 13 v. | ) | PROOF OF SERVICE |
| 14 **JUAN HERNANDEZ-GARCIA,** | ) | |
| 15           Defendant. | ) | |

17          Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of
18 her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day
19 upon:

20          **LUELLA CALDITO, Assistant United States Attorney**
             Luella.Caldito@usdoj.gov efile.dkt.gc1@usdoj.gov,;Nancy.Walkoe@usdoj.gov

22 Dated: April 21, 2008                    *s/ Bridget L. Kennedy*
                                            **BRIDGET L. KENNEDY**
23                                          Federal Defenders of San Diego, Inc.,
                                            225 Broadway, Suite 900
24                                          San Diego, CA 92101-5030
                                            (619) 234-8467  (tel)
25                                          (619) 687-2666  (fax)
                                            e-mail:bridget_kennedy@fd.org