1  KAREN P. HEWITT
   United States Attorney
2  LUELLA M. CALDITO
   Assistant U.S. Attorney
3  California State Bar No. 215953
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California  92101-8893
5  Telephone: (619) 557-7035
   Luella.Caldito@usdoj.gov
6
   Attorneys for Plaintiff
7  UNITED STATES OF AMERICA

8

9                    UNITED STATES DISTRICT COURT

10                  SOUTHERN DISTRICT OF CALIFORNIA

11

| UNITED STATES OF AMERICA, | ) | CRIM. CASE NO.    08CR1004-H |
|---|---|---|
| | ) | |
| | ) | DATE:        May 19, 2008 |
| Plaintiff, | ) | TIME:        2:00 p.m. |
| | ) | |
| | ) | GOVERNMENT'S NOTICE OF MOTIONS AND |
| v. | ) | MOTIONS FOR RECIPROCAL DISCOVERY AND |
| | ) | TO COMPEL FINGERPRINT EXEMPLARS |
| | ) | |
| JUAN HERNANDEZ-GARCIA, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

20                        NOTICE OF MOTION

21      TO:    Bridget Kennedy, Esq., Federal Defenders of San Diego, Inc, counsel for defendant,
               Juan Hernandez-Garcia,
22

23      PLEASE TAKE NOTICE  that on Monday, May 19, 200, at 2:00 p.m., or as soon thereafter

24  as counsel may be heard, plaintiff, UNITED STATES OF AMERICA, by and through its counsel,

25  Karen P. Hewitt, United States Attorney, and Luella M. Caldito, Assistant United States Attorney, will

26  move the court for an order granting the Government's Motion for Reciprocal Discovery and Motion

27  to Compel Fingerprint Exemplars.

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>MOTION</u>

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and Luella M. Caldito, Assistant United States Attorney, will hereby move the court for an order granting the Government's Motion for Reciprocal Discovery and Motion to Compel Fingerprint Exemplars.

DATED:        May 2, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney


/s/ Luella M. Caldito
LUELLA M. CALDITO
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: Luella.Caldito@usdoj.gov

2

08CR1004-H