**BRIDGET KENNEDY**
California Bar No. 253416
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Bridget_Kennedy@fd.org

Attorneys for Mr. Hernandez-Garcia

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MARILYN L. HUFF)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.:07CR1004-MLH |
| Plaintiff, ) | |
| ) | PROOF OF SERVICE |
| v. ) | |
| **JUAN MANUEL HERNANDEZ-GARCIA**, ) | |
| Defendant. ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**LUELLA CALDITO, Assistant United States Attorney**
Luella.Caldito@usdoj.gov, Diana.Ortiz@usdoj.gov, efile.dkt.gc1@usdoj.gov

Dated: May 5, 2008                     *s/ Bridget Kennedy*
                                       **BRIDGET KENNEDY**
                                       Federal Defenders
                                       225 Broadway, Suite 900
                                       San Diego, CA 92101-5030
                                       (619) 234-8467 (tel)
                                       (619) 687-2666 (fax)
                                       email: bridget_kennedy@fd.org