**UNITED STATES v. JUAN HERNANDEZ-GARICA**
**08CR1004-MLH**

# LIST OF EXHIBIT

Exhibit A *Declaration of Teresa Garcia* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-4
Exhibit B *Order of Immigration Judge* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  5
Exhibit C *Warrant of Removal/Deportation* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-8
Exhibit D *Notice to Appear* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-11
Exhibit E *Transcription of Deportation Hearing* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13-16
Exhibit F *Certificate of Naturalization* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  18

# Exhibit A

**BRIDGET KENNEDY**
California State Bar No. 253416
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467/Fax: (619) 687-2666
E-Mail: Bridget_Kennedy@fd.org

Attorneys for Mr. Hernandez-Garcia

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MARILYN L. HUFF)**

| | |
|---|---|
| UNITED STATES OF AMERICA,           Plaintiff, v. JUAN HERNANDEZ-GARCIA,           Defendant. | CASE NO. 08CR1004-MLH  DATE: August 4, 2008 TIME: 2:00 P.M.  **DECLARATION OF TERESA GARCIA** |

1. I am Juan Manuel Hernandez-Garcia's natural mother.

2. I arrived in the United States in 1981.

3. I became a Legal Permanent Resident of the United States in 1986 or 1987 through the Amnesty Program.

4. I became a naturalized United States citizen in 1990.

5. Juan was born on October 2, 1979.

6. I moved Juan to the San Diego area in the United States in 1986.

7. Juan lived with me in Southern California until 1997, when he left the United States. We lived in Oceanside, Carlsbad, San Marcos, Vista, then Escondido, California.

8. Juan began school in the United States in the second grade, and went to elementary, junior high, and high school in the United States.

9. Juan has never been married.

**2**

1

10. My two daughters were naturalized as United States Citizens.

11. Our family has always been very close and supportive of one another. We all lived together, and our family remains in the San Diego area.

12. Once Juan was put in removal proceedings, our family remained extremely supportive of him and we were willing to do whatever it took to help him apply for any relief possible.

13. I would have filed an immediate family member petition if I would have known it would help Juan.

14. I was able to, and would have paid, an additional $1,000.00 to apply for my son's permanent residence status 1998.

15. Juan has always been a hard worker, and helped support our family when he was able.

16. We have suffered from his removal, both emotionally and financially.

Dated: July 21, 2008         **TERESA GARCIA**

I certify that I have interpreted the above to the best of my knowledge and ability, in Spanish, to Teresa Garcia.

Dated: July 21, 2008         **RAYNALD DUGUAY**

# Exhibit B

4

IMMIGRATION COURT
401 WEST A STREET, SUITE #800
SAN DIEGO, CA 92101-7804

In the Matter of

HERNANDEZ-GARCIA, JUAN MANUEL            Case A76-735-410
       Respondent                        IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on Oct 28, 1997.
This memorandum is solely for the convenience of the parties. If the
proceedings should be appealed or reopened, the oral decision will become
the official opinion in the case.

[ ]   The respondent was ordered removed from the United States to MEXICO.
[ ]   Respondent's application for voluntary departure was denied and
      respondent was ordered removed to MEXICO or in the
      alternative to
[X]   Respondent's application for voluntary departure was granted until Oct 29
      ~~upon posting a bond in the amount of $~~  Under safeguards 1997,
      with an alternate order of removal to Mexico.
[ ]   Respondent's application for asylum was ( )granted ( )denied
      ( )withdrawn.
[ ]   Respondent's application for withholding of removal was ( )granted
      ( )denied ( )withdrawn.
[ ]   Respondent's application for cancellation of removal under section
      240A(a) was ( )granted ( )denied ( )withdrawn.
[ ]   Respondent's application for cancellation of removal was ( ) granted
      under section 240A(b)(1)   ( ) granted under section 240A(b)(2)
      ( ) denied ( ) withdrawn. If granted, it was ordered that the
      respondent be issued all appropriate documents necessary to give
      effect to this order.
[ ]   Respondent's application for a waiver under section _____ of the INA was
      ( )granted ( )denied ( )withdrawn or ( )other.
[ ]   Respondent's application for adjustment of status under section _____
      of the INA was ( )granted ( )denied ( )withdrawn. If granted, it
      was ordered that respondent be issued all appropriate documents necessary
      to give effect to this order.
[ ]   Respondent's status was rescinded under section 246.
[ ]   Respondent is admitted to the United States as a _____ until _____.
[ ]   As a condition of admission, respondent is to post a $ _____ bond.
[ ]   Respondent knowingly filed a frivolous asylum application after proper
      notice.
[ ]   Respondent was advised of the limitation on discretionary relief for
      failure to appear as ordered in the Immigration Judge's oral decision.
[ ]   Proceedings were terminated.
[X]   Other: _____Final order_____

Date: Oct 28, 1997
Appeal: (WAIVED)   Appeal Due By: Nov 28, 1997

        Both sides                              Gaylyn N. Boone
                                                GAYLYN N. BOONE
                                                Immigration Judge

BM

5

198

# Exhibit C

| U.S. Department of Justice | Warrant of Removal/Deportation |
|---|---|
| Immigration and Naturalization Service | |

File No: 76 735 410

Date: OCT 28 1997

**To any officer of the United States Immigration and Naturalization Service:**

HERNANDEZ GARCIA, JUAN MANUEL
(Full name of alien)

who entered the United States at  SAN YSIDRO, CA  on  UNKNOWN IN 1982
(Place of entry)            (Date of entry)

is subject to removal/deportation from the United States, based upon a final order by:

☒ an immigration judge in exclusion, deportation, or removal proceedings
☐ a district director or a district director's designated official
☐ the Board of Immigration Appeals
☐ a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:

SECTION 212(a)(6)(A)(i)

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Attorney General under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of:

"Salaries & Expenses" Immigration and Naturalization Service, 1997, including the expense of an attendant, if necessary.

_____
(Signature of INS official)
District Director
(Title of INS official)
San Diego, California 92101-8834
(Date and office location)

By DPO/SND  S-216;  S-217;  S-220;  S-222;  OR_____

7

Form I-205 (Rev. 4-1-97)N

199

To be completed by Service officer executing the warrant:
Name of alien being removed:

HERNANDEZ GARCIA, JUAN MANUEL   76 735 410

Port, date, and manner of removal: _OTM, OCT 2 8 1997, AFOOT_

Photograph of alien removed

Right index fingerprint of alien removed

X _Juan Hernandes_
(Signature of alien being fingerprinted)

_____ DEO
(Signature and title of INS official taking print)

Departure witnessed by: _____ DEO
(Signature and title of INS official)

*This should have been recorded as a Voluntary Departure. See IJ order.*

If actual departure is not witnessed, fully identify source or means of verification of departure:

_____
_____
_____

If self-removal (self-deportation), pursuant to 8 CFR 241.7, check here.   ☐

Departure Verified by: _____
(Signature and title of INS official)

Form I-205 (Rev. 4-1-97)N

8

200

# Exhibit D

9

U.S. Department of Justice
Immigration and Naturalization Service

**Notice to Appear**

**In removal proceedings under section 240 of the Immigration and Nationality Act**

File No: A76 735 474

In the Matter of:

Respondent: HERNANDEZ-Garcia, Juan Manuel

U.S. Immigration & Naturalization Service, 880 Front St
San Diego, CA 92101

(Number, street, city, state and ZIP code)                                    (Area code and phone number)

☐ 1. You are an arriving alien.
☒ 2. You are an alien present in the United States who has not been admitted or paroled.
☐ 3. You have been admitted to the United States, but are deportable for the reasons stated below.

The Service alleges that you:

4) You are not a citizen or national of the United States;

5) You are a native of Mexico and a citizen of Mexico;

6) You entered the United States at or near San Ysidro, California on or about January 1, 1996;

7) You were not then admitted or paroled after inspection by an Immigration Officer.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

212(a)(6)(A)(i) of the Immigration and Nationality Act (Act), as amended, in that you are an alien present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General.

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution.

☐ Section 235(b)(1) order was vacated pursuant to:   ☐ 8 CFR 208.30(f)(2)   ☐ 8 CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at: To be calendared and notice provided by the office of the Immigration Judge. Notice will be mailed to the address provided by respondent.

(Complete Address of Immigration Court, Including Room Number, if any)

on _____ at _____ to show why you should not be removed from the United States based on the
    (Date)              (Time)
charge(s) set forth above.

_____
Assistant District Director, Investigations
(Signature and Title of Issuing Officer)

Date: 11/27/97

San Diego, California
(City and State)

See reverse for important information

**10**

Form I-862 (Rev. 4-1-97) 1

See reverse for important information

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 3.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this Notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents which you desire to have considered in connection with your case. If any document is in a foreign language, you must bring the original and a certified English translation of the document. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear and that you are inadmissible or deportable on the charges contained in the Notice to Appear. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government.

You will be advised by the immigration judge before whom you appear, of any relief from removal for which you may appear eligible including the privilege of departing voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:** You are required to provide the INS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the INS.

**Request for Prompt Hearing**

To expedite a determination in my case, I request an immediate hearing. I waive my right to have a 10-day period prior to appearing before an immigration judge.

X _Juan Hernandez_
(Signature of Respondent)

Before: _A Livermore_
(Signature and Title of INS Officer)

Date: _1/16/98_

---

**Certificate of Service**

This Notice to Appear was served on the respondent by me on _1/16/98_ (Date), in the following manner and in compliance with section 239(a)(1)(F) of the Act:

☒ in person   ☐ by certified mail, return receipt requested   ☐ by regular mail

☒ Attached is a list of organizations and attorneys which provide free legal services.

☐ The alien was provided oral notice in the _English_ language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

_Juan Hernandez_                               _A Livermore_                    11
(Signature of Respondent if Personally Served)    (Signature and Title of Officer)

182

# Exhibit E

**Immigration Judge Kenneth Bagley = bold type**
Respondent Juan Manuel Hernandez = standard type
*Government Attorney = italic type*
(additional text) = in parenthesis

(transcribed by Bridget Kennedy

**To the respondents through the interpreter, this is a hearing to determine whether or not you should be removed from the United States.  If you are a lawful resident of the United States  you could lose that status.  The Immigration Service started the removal proceedings against each of you when they issued a document called a notice to appear.  In that document the Immigration Service states the reason they are seeking your removal.  If you have not received a copy of your notice to appear please stand.  The record will reflect that no respondent is now standing.**

**Each one of you has the right to be represented here by an attorney or other qualified representative at no expense to the United States government.  If you cannot afford to pay for an attorney we have a list of organizations that may agree to represent you at little to no expense to you.  If you did not receive a copy of that list please stand.  The record will reflect that no respondent is now standing.**

**If any of you would like to be represented by an attorney I will continue your case over to a later date to give you a chance to seek legal representation.  If you do not want to be represented by an attorney you will be representing yourself here today.  At this time if any of you would like to be represented by an attorney please stand.  The record will reflect that no respondent is now standing.  This means to me that each of you would like to represent yourself here today.**

**And I am going to explain to you what your rights are.  If the trial attorney for the Immigration Service has any documents or papers that he would like to show me about your case you have the right to review those documents first.  If you then think it would not be fair or proper for me to look at those documents you can tell me that.  If the Immigration Service has any witnesses to come in here and tell me about your case, you have the right to question those witnesses.  If you have any witnesses or evidence that you would like to present you have the right to present those things also.  If any of you does not understand these rights or wants further explanation please stand.  The record will reflect that no respondent is now standing.**

**Today if I find that you are subject to possible removal I'll ask you to what country you would like to be removed.  If you do not want to choose a country for that purpose you don't have to do so.  For example if you are afraid of returning to your native country you can and should refuse to designate a country.  If you do tell me to what country you would like to be removed I'll take that to mean you have no fear whatsoever of returning to that country.**

**13**

**Today I will make a decision in each of your cases.  If you agree with my decision you can accept it as final.  If you do not agree you have the right to appeal my decision to the Board of Immigration Appeals which is like a higher court.  If you are not sure whether or not you want to appeal you can reserve your right to appeal.  When I tell you my decision and ask you if you want to accept it as final, you should accept it as final only if you agree with it completely and have no interest whatsoever in appealing.  If you indicate to me that you have any interest in appealing I will at that point further explain the appeals process.**

**In just a minute I'm going to speak with each of you individually to determine whether or not you are subject to possible removal.  And if you are I will also question you to see if you qualify for any relief from removal.  Including, but not limited to voluntary departure prior to completion of proceedings.  If I order your removal from the United States you can take that to mean that I have found that you are not eligible for or deserving of any relief from removal.**

**At this time if any of you have any questions about anything I have said up to this point please stand.  The record will reflect that no respondent is now standing.**

(Respondents are sworn in and the judge begins questioning respondents individually.  Below is the transcript for Juan Manuel Hernandez-Garcia.)

**Do you understand your rights?**
yes
**Do you understand why the immigration service wants to remove you?**
yes
**Would you like to be represented by an attorney?**
no
**Are you a citizen or national of the United States?**
no
**Are you a citizen of Mexico?**
yes
**Did you enter the United States near San Ysidro California on January 1, 1996?**
yes
**Were you then admitted or paroled into the United States after inspection by an immigration officer?**
no
**Do you agree that you are subject to possible removal?**
yes
**What county would you like to be removed to?**
Mexico
**You ever had any documents to be in the United States legally?**
no
**Are either of your parents United States Citizens?**
My mother.
**Where was she born?**

14

Mexico
**Do you speak English sir?**
yes
**Then why are you going through the interpreter? She was born in Mexico but she, what, became a lawful resident?**
yeah
**Yes or no?**
yes
**And when did she become a lawful resident?**
mm I don't know, a long time ago.
**Alright. And then later on she became a United States citizen?**
yes
**And has she ever filed a visa petition for you? So you could become a lawful resident?**
no.
**Do you know why?**
no
**Have you ever been convicted of any crimes?**
no
**Have you ever been in jail?**
yeah
yes
**What was that for?**
Possessing um stealing property.
**How old are you?**
18
**Eighteen. So you were a juvenile when you were in jail for that?**
yeah yes
**Was that the only time you were in jail or a juvenile facility?**
yes
**Where is your mother now?**
Escondido.
**And she never filed any visa petitions?**
no
**How long have you been in the United States?**
Like 14 years.
**How many times have you been sent back to Mexico by an immigration official?**
one
**When was that?**
Like in November, this year.
**Ninety-seven?**
yeah
**Yes or no?**
yes
**Do you have additional information, Mr. (inaudible)?**
*Your honor he was arrested at page 18 in November 1997 for taking a vehicle without the*

15

*owner's consent. He was arrested by the sheriff's office. And it appears that he has been in custody since then.*
**How long have you been in custody?**
Two months.
**What was your sentence?**
um 6 to do 3
**Six months to serve three?**
yeah yes yes
**Do you have any indication that he would be eligible for cancellation of removal? I know he was returned in November of 97. But I don't know if that was, was that, when you were sent back to Mexico in November of 1997 did you come before an immigration judge like today?**
yeah yes
**You did? Do you have an order of removal by an immigration judge?**
*Not in this file your honor.*
**Where were you sir? Where did you go for the hearing before the immigration judge?**
downstairs
**The same building?**
yes
**Do you know the judge's name?**
no
**That judge ordered your removal to Mexico?**
yes
**And you were sent back to Mexico?**
yes
**Is there anything you would like to tell me about whether or not you should be ordered removed?**
no
**I am ordering your removal from the United States to Mexico. Do you want to accept that as a final decision?**
yes.
**Do you give up your right to appeal?**
yes
**OK, thank you.**

16

# Exhibit F

17

No. 25463349

THE UNITED STATES OF AMERICA

CERTIFICATE OF NATURALIZATION



*INS Registration No. A92 133 611*

*I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.*

Teresa Garcia Casares
(Complete and true signature of holder)

Personal description of holder as of date of naturalization:
Date of birth: NOVEMBER 10, 1951
Sex: FEMALE
Height: 4 feet 11 inches
Marital status: MARRIED
Country of former nationality: MEXICO

*Be it known that, pursuant to an application filed with the Attorney General at:* SAN DIEGO, CA

*The Attorney General having found that:* TERESA GARCIA CAZARES

*then residing in the United States, intends to reside in the United States when so required by the Naturalization Laws of the United States, and had in all other respects complied with the applicable provisions of such naturalization laws and was entitled to be admitted to citizenship, such person having taken the oath of allegiance in a ceremony conducted by the*

U.S. DISTRICT COURT FOR THE U.S.

at: SAN DIEGO, CA    on: NOVEMBER 12TH, 1999

*that such person is admitted as a citizen of the United States of America.*

Commissioner of Immigration and Naturalization



Teresa Garcia

IT IS PUNISHABLE BY U.S. LAW TO COPY, PRINT OR PHOTOGRAPH THIS CERTIFICATE, WITHOUT LAWFUL AUTHORITY.

FORM N-550 REV. 6-91