1  **BRIDGET KENNEDY**
California Bar No. 253416
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3  San Diego, California  92101-5008
Telephone:  (619) 234-8467
4  Bridget_Kennedy@fd.org

5  Attorneys for Juan Manuel Hernandez-Garcia

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MARILYN L. HUFF)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.:08CR1004-MLH |
| Plaintiff, | ) | |
| | ) | PROOF OF SERVICE |
| v. | ) | |
| **JUAN MANUEL HERNANDEZ-GARCIA**, | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**LUELLA CALDITO, Assistant United States Attorney**
Luella.Caldito@usdoj.gov, Diana.Ortiz@usdoj.gov, efile.dkt.gc1@usdoj.gov

Dated: July 21, 2008                                            *s/ Bridget Kennedy*
**BRIDGET KENNEDY**
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
email: bridget_kennedy@fd.org