KAREN P. HEWITT
United States Attorney
LUELLA M. CALDITO
Assistant U.S. Attorney
California State Bar No. 215953
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7035

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No 08CR1004-H |
|---|---|---|
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S MOTION |
| | ) | <u>FOR ORDER TO SHORTEN TIME</u> |
| v. | ) | |
| | ) | |
| JUAN HERNANDEZ-GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Luella M. Caldito, Assistant United States Attorney, and hereby moves this Court for an order shortening time to permit the Government to file its Response and Opposition to Defendant's Motion to Dismiss the Indictment For Due Process Violation During Underlying Removal Proceeding. The basis for this motion is that Government counsel was on annual leave from July 8, 2008 to July 24, 2008 and that she did not review Defendant's Motion to Dismiss until July 28, 2008. At the last motion hearing, the undersigned AUSA informed the Court that she would be on leave when Defendant's motion was due and that she would need to additional time to file a response. The Court stated that it would be inclined to allow Government counsel to file its response with a motion shortening time. The Court also stated that it would likely continue the August 4, 2008 motion hearing in order to review all the briefing.

1  Therefore, the Government respectfully requests that this Court allow the Government's
2  Response and Opposition to be filed today, on August 1, 2008, rather than the due date of July 28, 2008.
3  DATED: August 1, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney


/s/ Luella M. Caldito
LUELLA M. CALDITO
Assistant U.S. Attorney

|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR1004-H |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| JUAN HERNANDEZ-GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

I, LUELLA M. CALDITO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of GOVERNMENT'S MOTION FOR ORDER TO SHORTEN TIME TO FILE ITS RESPONSE AND OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE INDICTMENT on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Bridget Kennedy, Esq., Federal Defenders of San Diego, Inc.

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 1, 2008.

                                      s/ Luella M. Caldito
                                      LUELLA M. CALDITO