UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JUAN HERNANDEZ-GARCIA,<br><br>    Defendant. | Case No. 08CR1004-H<br><br>EXHIBITS - TABLE OF CONTENTS |

1.     EXHIBIT 1 - Immigration Judge's Order - October 28, 1997. . . . . . . . . . . . . . . .1 - 2
2.     EXHIBIT 2 - Immigration Judge's Order - January 21, 1998. . . . . . . . . . . . . . .3 - 4
3.     EXHIBIT 3 - Department of State Visa Bulletin March 1999 . . . . . . . . . . . . . .5 - 10

EXHIBIT 1

IMMIGRATION COURT
401 WEST A STREET, SUITE #800
SAN DIEGO, CA 92101-7904

In the Matter of

HERNANDEZ-GARCIA, JUAN MANUEL
   Respondent

Case A76-735-410

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on Oct 28, 1997.
This memorandum is solely for the convenience of the parties. If the
proceedings should be appealed or reopened, the oral decision will become
the official opinion in the case.

[ ] The respondent was ordered removed from the United States to MEXICO.
[ ] Respondent's application for voluntary departure was denied and
respondent was ordered removed to MEXICO or in the
alternative to
[X] Respondent's application for voluntary departure was granted until Oct 25, 1997
~~upon posting a bond in the amount of $~~_____ Under safeguards
with an alternate order of removal to *Mexico*.
[ ] Respondent's application for asylum was ( )granted ( )denied
( )withdrawn.
[ ] Respondent's application for withholding of removal was ( )granted
( )denied ( )withdrawn.
[ ] Respondent's application for cancellation of removal under section
240A(a) was ( )granted ( )denied ( )withdrawn.
[ ] Respondent's application for cancellation of removal was ( ) granted
under section 240A(b)(1) ( ) granted under section 240A(b)(2)
( ) denied ( ) withdrawn. If granted, it was ordered that the
respondent be issued all appropriate documents necessary to give
effect to this order.
[ ] Respondent's application for a waiver under section _____ of the INA was
( )granted ( )denied ( )withdrawn or ( )other.
[ ] Respondent's application for adjustment of status under section _____
of the INA was ( )granted ( )denied ( )withdrawn. If granted, it
was ordered that respondent be issued all appropriate documents necessary
to give effect to this order.
[ ] Respondent's status was rescinded under section 246.
[ ] Respondent is admitted to the United States as a _____ until _____
[ ] As a condition of admission, respondent is to post a $ _____ bond.
[ ] Respondent knowingly filed a frivolous asylum application after proper
notice.
[ ] Respondent was advised of the limitation on discretionary relief for
failure to appear as ordered in the Immigration Judge's oral decision.
[ ] Proceedings were terminated.
[X] Other: *Final order*
Date: Oct 28, 1997
Appeal: (WAIVED)   Appeal Due By: Nov 28, 1997

*both sides*

GAYLYN N. BOONE
Immigration Judge

EBM

198

# EXHIBIT 2

IMMIGRATION COURT
401 WEST A STREET, SUITE #800
SAN DIEGO, CA 92101-7904

In the Matter of

HERNANDEZ-GARCIA, JUAN MANUEL
    Respondent

Case A76-735-474

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on Jan 21, 1998.
This memorandum is solely for the convenience of the parties. If the
proceedings should be appealed or reopened, the oral decision will become
the official opinion in the case.

[✓] The respondent was ordered removed from the United States to MEXICO.
[ ] Respondent's application for _____ was _____ and
    respondent was ordered removed to MEXICO or in the
    alternative to _____
[ ] Respondent's application for _____ was granted until _____
    upon posting a bond in the amount of $ _____
    with an alternate order of removal to _____
[ ] Respondent's application for asylum was ( )granted ( )denied
    ( )withdrawn.
[ ] Respondent's application for withholding of removal was ( )granted
    ( )denied ( )withdrawn.
[ ] Respondent's application for cancellation of removal under section
    240A(a) was ( )granted ( )denied ( )withdrawn.
[ ] Respondent's application for cancellation of removal was ( ) granted
    under section 240A(b)(1) ( ) granted under section 240A(b)(2)
    ( ) denied ( ) withdrawn. If granted, it is ordered that the
    respondent be issued all appropriate documents necessary to give
    effect to this order.
[ ] Respondent's application for a waiver under section _____ of the INA was
    ( )granted ( )denied ( )withdrawn or ( )other.
[ ] Respondent's application for adjustment of status under section _____
    of the INA was ( )granted ( )denied ( )withdrawn. If granted, it
    was ordered that respondent be issued all appropriate documents necessary
    to give effect to this order.
[ ] Respondent's status was rescinded under section 246.
[ ] Respondent is admitted to the United States as a _____ until _____
[ ] As a condition of admission, respondent is to post a $ _____ bond.
[ ] Respondent knowingly filed a frivolous asylum application after proper
    notice.
[ ] Respondent was advised of the limitation on discretionary relief for
    failure to appear as ordered in the Immigration Judge's oral decision.
[ ] Proceedings were terminated.
[ ] Other:

Date: Jan 21, 1998
Appeal: WAIVED    Appeal Due By: Feb 20, 1998

KENNETH A. BAGLEY
Immigration Judge

# EXHIBIT 3

United States Department of State
*Bureau of Consular Affairs*

# VISA BULLETIN

Number 3
Volume VIII
Washington, D.C.

## IMMIGRANT NUMBERS FOR MARCH 1999

### A. STATUTORY NUMBERS

1. This bulletin summarizes the availability of immigrant numbers during **March**. Consular officers are required to report to the Department of State documentarily qualified applicants for numerically limited visas; the Immigration and Naturalization Service reports applicants for adjustment of status. Allocations were made, to the extent possible under the numerical limitations, for the demand received by February **8th** in the chronological order of the reported priority dates. If the demand could not be satisfied within the statutory or regulatory limits, the category or foreign state in which demand was excessive was deemed oversubscribed. The cut-off date for an oversubscribed category is the priority date of the first applicant who could not be reached within the numerical limits. Only applicants who have a priority date **earlier than** the cut-off date may be allotted a number. Immediately that it becomes necessary during the monthly allocation process to retrogress a cut-off date, supplemental requests for numbers will be honored only if the priority date falls within the new cut-off date.

1. Section 201 of the Immigration and Nationality Act (INA) sets an annual minimum family-sponsored preference limit of 226,000. The worldwide level for annual employment-based preference immigrants is at least 140,000. Section 202 prescribes that the per-country limit for preference immigrants is set at 7% of the total annual family-sponsored and employment-based preference limits, i.e., 25,620. The dependent area limit is set at 2%, or 7,320.

3. Section 203 of the INA prescribes preference classes for allotment of immigrant visas as follows:

**FAMILY-SPONSORED PREFERENCES**

**First:** Unmarried Sons and Daughters of Citizens: 23,400 plus any numbers not required for fourth preference.

**Second:** Spouses and Children, and Unmarried Sons and Daughters of Permanent Residents: 114,200, plus the number (if any) by which the worldwide family preference level exceeds 226,000, and any unused first preference numbers:

A. Spouses and Children: 77% of the overall second preference limitation, of which 75% are exempt from the per-country limit;

B. Unmarried Sons and Daughters (21 years of age or older): 23% of the overall second preference limitation.

**Third:** Married Sons and Daughters of Citizens: 23,400, plus any numbers not required by first and second preferences.

**Fourth:** Brothers and Sisters of Adult Citizens: 65,000, plus any numbers not required by first three preferences.

## EMPLOYMENT-BASED PREFERENCES

**First:** Priority Workers: 28.6% of the worldwide employment-based preference level, plus any numbers not required for fourth and fifth preferences.

**Second:** Members of the Professions Holding Advanced Degrees or Persons of Exceptional Ability: 28.6% of the worldwide employment-based preference level, plus any numbers not required by first preference.

**Third:** Skilled Workers, Professionals, and Other Workers: 28.6% of the worldwide level, plus any numbers not required by first and second preferences, not more than 10,000 of which to "Other Workers."

**Fourth:** Certain Special Immigrants: 7.1% of the worldwide level.

**Fifth:** Employment Creation: 7.1% of the worldwide level, not less than 3,000 of which reserved for investors in a targeted rural or high-unemployment area, and 3,000 set aside for investors in regional centers by Sec. 610 of P.L. 102-395.

4. INA Section 203(e) provides that family-sponsored and employment-based preference visas be issued to eligible immigrants in the order in which a petition in behalf of each has been filed. Section 203(d) provides that spouses and children of preference immigrants are entitled to the same status, and the same order of consideration, if accompanying or following to join the principal. The visa prorating provisions of Section 202(e) apply to allocations for a foreign state or dependent area when visa demand exceeds the per-country limit. These provisions apply at present to the following oversubscribed chargeability areas: CHINA-mainland born, INDIA, MEXICO, and PHILIPPINES.

5. On the chart below, the listing of a date for any class indicates that the class is oversubscribed (see paragraph 1); "C" means current, i.e., numbers are available for all qualified applicants; and "U" means unavailable, i.e., no numbers are available. (NOTE: Numbers are available only for applicants whose priority date is **earlier** than the cut-off date listed below.)

## PREFERENCES

| Family | All Charge-ability Areas Except Those Listed | CHINA-mainland born | INDIA | MEXICO | PHILIPPINES |
|---|---|---|---|---|---|
| 1st | 15OCT97 | 15OCT97 | 15OCT97 | 01AUG93 | 08JUN87 |
| 2A* | 22AUG94 | 22AUG94 | 22AUG94 | 22JUL93 | 22AUG94 |
| 2B | 22APR92 | 22APR92 | 22APR92 | 15JUL91 | 22APR92 |
| 3rd | 08JUL95 | 08JUL95 | 08JUL95 | 22JUL90 | 22APR87 |
| 4th | 08JUN88 | 08JUN88 | 01JUN86 | 08JAN88 | 08OCT78 |

7

http://dosfan.lib.uic.edu/ERC/visa_bulletin/9903bulletin.html

...
...
...

*NOTE: For March, 2A numbers **EXEMPT from per-country limit** are available to applicants from all countries with priority dates **earlier than** 22JUL93. 2A numbers **SUBJECT to per-country limit** are available to applicants chargeable to all countries **EXCEPT MEXICO** with priority dates beginning 22JUL93 and earlier than 22AUG94. (All 2A numbers provided for MEXICO are exempt from the per-country limit; there are no 2A numbers for MEXICO subject to per-country limit.)

| Employment-Based | All Chargeability Areas Except Those Listed | CHINA-mainland born | INDIA | MEXICO | PHILIPPINES |
|---|---|---|---|---|---|
| 1st | C | 22JAN98 | C | C | C |
| 2nd | C | 08SEP96 | 08SEP97 | C | C |
| 3rd | C | 01JAN95 | 08FEB96 | C | C |
| Other Workers | 01JUL92 | 01JUL92 | 01JUL92 | 01JUL92 | 01JUL92 |
| 4th | C | C | C | C | C |
| Certain Religious Workers | C | C | C | C | C |
| 5th | C | 15JAN98 | C | C | C |
| Targeted Employment Areas/ Regional Centers | C | 15JAN98 | C | C | C |

The Department of State has available a recorded message with visa availability information which can be heard at (202) 663-1541. This recording will be updated in the middle of each month with information on cut-off dates for the following month.

### B. DIVERSITY IMMIGRANT (DV) CATEGORY

Section 203(c) of the Immigration and Nationality Act provides 50,000 immigrant visas each fiscal year to permit immigration opportunities for persons from countries other than the principal sources of current immigration to the United States. DV visas are divided among six geographic regions. Not more than 3,500 visas (7% of the 50,000 visa limit) may be provided to immigrants from any one country.

For **March**, immigrant numbers in the DV category are available to qualified DV-99 applicants chargeable to all regions/eligible countries as follows. When an allocation cut-off number is shown, visas are available only for applicants with DV regional lottery rank numbers **BELOW** the specified allocation cut-off number:

| Region | All DV Chargeability Areas Except Those Listed Separately |
|---|---|

```
AFRICA              AF  17,048

ASIA                AS   4,661

EUROPE              EU  14,490    EXCEPT:    ALBANIA   EU 8,876

NORTH AMERICA       NA      24
  (BAHAMAS)

OCEANIA             OC     543

SOUTH AMERICA,      SA   1,850
  CENTRAL AMERICA,
  and the CARIBBEAN
```

Entitlement to immigrant status in the DV category lasts only through the end of the fiscal (visa) year for which the applicant is selected in the lottery. The year of entitlement for all applicants registered for the DV-99 program ends as of September 30, 1999. DV visas may not be issued to DV-99 applicants after that date. Similarly, spouses and children accompanying or following to join DV-99 principals are only entitled to derivative DV status until September 30, 1999. DV visa availability through the very end of FY-1999 cannot be taken for granted. Numbers could be exhausted prior to September 30. **Once all numbers provided by law for the DV-99 program have been used, no further issuances will be possible.**

## C. VISA SERVICES AT ISTANBUL, TURKEY

The Consulate General at Istanbul, Turkey processes only NONIMMIGRANT visas other than Fiance (K) visas. IMMIGRANT and FIANCE (K) visa services for residents of Turkey are provided by the American Embassy at Ankara, Turkey. This information is noted because many inquiries being received at Istanbul concern categories which that office does not handle.

## D. RECENT AMENDMENT TO THE VISA PORTION OF THE FOREIGN AFFAIRS MANUAL (FAM)

The following Transmittal Letter (TL), which updates the visa portion (Vol. 9) of the FAM, is now available:

**VISA-184**, dated January 22, 1999, Parts 40, 41 42. Cost $21.00.

A check payable to the Department of State must accompany the order. This TL may be obtained from:

Distribution Services (OIS/PS/PR)
Room B847 A
Department of State
Washington, D.C. 20520

**OBTAINING THE MONTHLY VISA BULLETIN:** The Department of State's Bureau of Consular Affairs offers the monthly *Visa Bulletin* on the Internet's World Wide Web. The Internet Web address to access the *Bulletin* is:

http://travel.state.gov

From the home page, select the Visa section which contains the *Visa Bulletin*.

Individuals may also obtain the *Visa Bulletin* by fax. From a fax phone, dial (202) 647-3000. Follow the prompts and enter in the code 1038 to have each *Bulletin* faxed.

(The Department of State also has available a recorded message with visa cut-off dates which can be heard at (202) 663-1541. The recording is updated in the middle of each month with information on cut-off dates for the following month.)

To be placed on the Department of State's *Visa Bulletin* mailing list or to change an address, please write to:

Visa Bulletin
Visa Office
Department of State
Washington, D.C. 20522-0106

Only addresses within the U.S. postal system may be placed on the mailing list. Please include a recent mailing label when reporting changes or corrections of address; the Postal Service does **NOT** automatically notify the Visa Office of address changes. (Obtaining the *Visa Bulletin* by mail is a much slower option than any of the alternatives mentioned above.)

The *Visa Bulletin* can also be contacted by e-mail at the following address:

VISABULLETIN@STATE.GOV

(The *Visa Bulletin* is **not** distributed by e-mail, however.)

Department of State Publication 9514
CA/VO:February 8, 1999

Return to Visa Bulletin Archive

10

http://dosfan.lib.uic.edu/ERC/visa_bulletin/9903bulletin.html