UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1004-H |
| Plaintiff, | ) | |
| v. | ) | |
| JUAN HERNANDEZ-GARCIA, | ) | ORDER GRANTING THE GOVERNMENT'S MOTION TO SHORTEN TIME |
| Defendant. | ) | |

ORDER

IT IS HEREBY ORDERED that the Government may file its Response In Opposition to Defendant's Motion To Dismiss the Indictment on August 1, 2008, rather than the originally scheduled due date of July 28, 2008.

IT IS SO ORDERED.

DATED: August 4, 2008

HONORABLE MARILYN L. HUFF
United States District Judge