**UNITED STATES v. JUAN MANUEL HERNANDEZ-GARCIA**
**08CR1004-MLH**

# LIST OF EXHIBIT

Exhibit G, *Warning to Alien Ordered Removed or Deported* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1

# Exhibit G

U.S. Department of Justice
Immigration and Naturalization Service

# Warning to Alien Ordered Removed or Deported

File No: A76 735 410

Date: OCT 2 8 1997

Alien's full name:  HERNANDEZ GARCIA, JUAN MANUEL

In accordance with the provisions of section 212(a)(9) of the Immigration and Nationality Act (Act), you are prohibited from entering, attempting to enter, or being in the United States:

☐ For a period of 5 years from the date of your departure from the United States because you have been found deportatble under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act initiated upon your arrival in the United States s a returning lawful permanent resident..

☒ For a period of 10 years from the date of our departure from the United States because you have been found:

    ☐ deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.

    ☒ inadmissible under section 212 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act initiated as a result of your having been present in the United States without admission or parole.

    ☐ deportable under section 241 of the Act and ordered deported from the United States by an immigration judge in proceedings commenced before April 1, 1997 under section 242 of the Act.

    ☐ deportable under section 237 of the Act and ordered removed from the United States in accordance with section 238 of the Act by an immigration officer, a judge of a United States district court, or a magistrate of a United States magistrate court.

☐ For a period of 20 years from the date of your departure from the United States because, after having been previously excluded, deported, or removed from the United States, you have been found:

    ☐ inadmissible under section 212 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.

    ☐ deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.

    ☐ deportable under section 237 of the Act and ordered removed from the United States in proceedings under section 238 of the Act.

    ☐ deportable under section 241 of the Act and ordered deported from the United States by an immigration judge in proceedings commenced before April 1, 1997 under section 242 of the Act.

    ☐ to have reentered the United States illegally and have had the prior order reinstated under section 241(a)(5) of the Act.

☐ At any time because you have been found inadmissible or excludable under section 212 of the Act, or deportable under section 241 or 237 of the Act, and ordered deported or removed from the United States, and you have been convicted of a crime designated as an aggravated felony.

After your removal has been effected you must request and obtain permission from the Attorney General to reapply for admission to the United States during the period indicated.  You must obtain such permission before commencing your travel to the United States.  Application forms for requesting permission to reapply for admission may be obtained by contacting any United States Consulate or Office of the United States Immigration and Naturalization Service.  Refer to the above file number when requesting forms or information.

**WARNING:  Title 8 United States Code, Section 1326 provides that it is a crime for an alien who has been removed from the United States to enter, attempt to enter, or be found in the United States during the period in which he or she is barred from so doing without the Attorney General's consent.  Any alien who violates this section of law is subject to prosecution for a felony.  Depending on the circumstances of the removal, conviction could result in a sentence of imprisonment for a period of from 2 to 20 years and/or a fine of up to $250,000.**

_____
(Signature of officer serving warning)

_____
(Title of officer)

San Diego, California
(location of INS office)

Years barred determined by S-216, S-217, S-220, S-222 or _____

INS COPY/ALIEN'S COPY

Form I294 (6-1-97)N

196