KAREN P. HEWITT
United States Attorney
LUELLA M. CALDITO
Assistant U.S. Attorney
California State Bar No. 215953
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7035
Luella.Caldito@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.   08CR1004-H |
| Plaintiff, ) | DATE: September 15, 2008 |
| ) | TIME: 2:00 p.m. |
| v. ) | |
| ) | GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT'S REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS THE INDICTMENT |
| JUAN HERNANDEZ-GARCIA, ) | |
| Defendant. ) | |

   COMES NOW, the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Luella M. Caldito, Assistant United States Attorney, and hereby files its Response in Opposition to Defendant's above-referenced Reply. This Response is based upon the files and records of this case.

**I**

**ARGUMENT**

**A.   DEFENDANT WAS PERMITTED TO VOLUNTARILY DEPART THE UNITED STATES**

Under 8 C.F.R. § 240.25(b), an immigration judge may attach to the granting of voluntary departure any conditions it deems necessary to ensure the alien's timely departure, including a removal "under safeguards."

At Defendant's first immigration hearing on October 28, 1997, the immigration judge granted voluntary departure "under safeguards" until October 29, 1997. See October 28, 1997 Immigration Order attached hereto as Exhibit 1.  At the hearing, the immigration judge explained that as a result of the order, Defendant would be sent back to Mexico that afternoon.  See Transcript of October 28, 1997 Hearing at 11, attached hereto as Exhibit 2. Although the immigration judge ordered Defendant returned to Mexico, it was not an order of removal that would bar reentry into the United States. Id.  As the immigration judge stated, the granting of voluntary departure under safeguards would make it easier for Defendant to apply for a legal permanent resident card if he chose to do so in the future. Id.  Thus, Defendant was properly in immigration custody at the time he departed from the United States on October 28, 1997 and was not denied any of the benefits granted to him by the immigration judge.

**II**

**CONCLUSION**

For the foregoing reasons, the United States requests that Defendant's Motion to Dismiss the Indictment be denied.

DATED: September 8, 2008.

                                                Respectfully Submitted,

                                                KAREN P. HEWITT
                                                United States Attorney

                                                LUELLA M. CALDITO
                                                Assistant U.S. Attorney
                                                Luella.Caldito@usdoj.gov

|   |   |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08CR1004-H |
| Plaintiff, | |
| v. | |
| JUAN HERNANDEZ-GARCIA, | CERTIFICATE OF SERVICE |
| Defendant. | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY CERTIFIED THAT:

I, LUELLA M. CALDITO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT'S REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS INDICTMENT on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Bridget Kennedy of Federal Defenders of San Diego, Inc.

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 8, 2008

/s/ Luella M. Caldito
LUELLA M. CALDITO