1

2                          UNITED STATES DISTRICT COURT

3                        SOUTHERN DISTRICT OF CALIFORNIA

4    UNITED STATES OF AMERICA,          )        Case No. 08CR1004-H
                                        )
5                       Plaintiff,      )
                                        )
6              v.                       )
                                        )        EXHIBITS - TABLE OF CONTENTS
7                                       )
     JUAN HERNANDEZ-GARCIA,             )
8                                       )
                        Defendant.      )
9    _____)

10

11   1.      EXHIBIT 1 - Immigration Judge's Order - October 28, 1997. . . . . . . . . . . . . . 1 - 2

12   2.      EXHIBIT 2 - Transcript of October 28, 1997 Hearing . . . . . . . . . . . . . . . . . . . . 3 - 15

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 1

IMMIGRATION COURT
401 WEST A STREET, SUITE #800
SAN DIEGO, CA  92101-7904

In the Matter of

HERNANDEZ-GARCIA, JUAN MANUEL
        Respondent

Case A76-735-410

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on Oct 28, 1997.
This memorandum is solely for the convenience of the parties. If the
proceedings should be appealed or reopened, the oral decision will become
the official opinion in the case.

[   ]  The respondent was ordered removed from the United States to MEXICO.
[   ]  Respondent's application for voluntary departure was denied and
       respondent was ordered removed to MEXICO or in the
       alternative to
[ X ]  Respondent's application for voluntary departure was granted until *Oct 29*
       ~~upon posting a bond in the amount of $ ~~~~~~~~~ *Under safeguards* 1997
       with an alternate order of removal to *Mexico*.
[   ]  Respondent's application for asylum was (  )granted  (  )denied
       (  )withdrawn.
[   ]  Respondent's application for withholding of removal was (  )granted
       (  )denied  (  )withdrawn.
[   ]  Respondent's application for cancellation of removal under section
       240A(a) was (  )granted  (  )denied  (  )withdrawn.
[   ]  Respondent's application for cancellation of removal was (  ) granted
       under section 240A(b)(1)    (  ) granted under section 240A(b)(2)
       (  ) denied  (  ) withdrawn.  If granted, it was ordered that the
       respondent be issued all appropriate documents necessary to give
       effect to this order.
[   ]  Respondent's application for a waiver under section _____ of the INA was
       (  )granted  (  )denied  (  )withdrawn or (  )other.
[   ]  Respondent's application for adjustment of status under section _____
       of the INA was (  )granted  (  )denied  (  )withdrawn.  If granted, it
       was ordered that respondent be issued all appropriate documents necessary
       to give effect to this order.
[   ]  Respondent's status was rescinded under section 246.
[   ]  Respondent is admitted to the United States as a _____ until _____
[   ]  As a condition of admission, respondent is to post a $ _____ bond.
[   ]  Respondent knowingly filed a frivolous asylum application after proper
       notice.
[   ]  Respondent was advised of the limitation on discretionary relief for
       failure to appear as ordered in the Immigration Judge's oral decision.
[   ]  Proceedings were terminated.
[ X ]  Other: _____ *Final order* _____
Date:  Oct 28, 1997
Appeal: WAIVED   Appeal Due By: Nov 28, 1997

*Both sides*

GAYLYN N. BOONE
Immigration Judge

EBM

EXHIBIT 2

## Transcript of Immigration Proceedings
## October 28, 1997

| SPEAKER | STATEMENT |
|---|---|
| Immigration Judge | Next Case is A76735410.  Sir, would you like to speak in English or Spanish? |
| Defendant | English. |
| Immigration Judge | In English? Okay, so you don't need...Are you two gentlemen related to each other? |
| Defendant | No. |
| Immigration Judge | You have the same shirt on.  I had just thought maybe there was a chance that you might be brothers or cousins.  Alright, so you would like to speak English. Would you tell me your true name. |
| Defendant | Juan....Juan Manuel Hernandez-Garcia. |
| Immigration Judge | Alright.  Um, Mr. Cervantes..... |
| Cervantes | Yes. |
| Immigration Judge | Would you mind interpreting for this (Unintelligible). |
| Cervantes | No problem, yeah, I do that. |
| Immigration Judge | Now, uh, sir, do you understand the rights which I explained to you earlier? |
| Defendant | Yes. |
| Immigration Judge | Please say yes or no for the record.  And, sir, um, do you understand why the Immigration Service wants you to leave the United States? |
| Defendant | Yes. |
| Immigration Judge | Alright, and uh, do you want to be represented by an attorney or primary relative? |
| Defendant | No. |

Page 1 of 12

4

| | |
|---|---|
| Immigration Judge | Alright, now tell me how old you are sir? |
| Defendant | Eighteen. |
| Immigration Judge | Eighteen.  And you'd been to school in the United States? |
| Defendant | Yes. |
| Immigration Judge | And, how much schooling have you had? |
| Defendant | Six.... |
| | **TAPE 2 of 3 ENDED** |
| | **Tape 3 of 3 STARTED** |
| Defendant | Well, I've been there for like until eleventh grade. |
| Immigration Judge | Okay.  When did you start the school in the United States?  What grade did you start? |
| Defendant | Um, second or third. |
| Immigration Judge | Second or third.  So you've been here quite a long time. |
| Defendant | Yes. |
| Immigration Judge | And, um, sir, tell me the, before I take the pleading to the allegations, tell me the status of your parents?  Do they have immigration status in the United States, like a green card, or um, U.S. citizens? |
| Defendant | Um, my mom. |
| Immigration Judge | Your mother? |
| Defendant | Yes. |
| Immigration Judge | What does she have? |
| Defendant | A green card. |
| Immigration Judge | She ever become a citizen? |

| | |
|---|---|
| Defendant | Yes. |
| Immigration Judge | Do you know what it means to become a citizen of the United States?  Did she get a naturalization certificate from the Immigration Service. |
| Defendant | Yes. |
| Immigration Judge | By going to a ceremony? |
| Defendant | Yes. |
| Immigration Judge | Where she took an oath of allegiance and promised to be a good citizen of the United States? |
| Defendant | Uh-hmm. |
| Immigration Judge | She did that? |
| Defendant | Yes. |
| Immigration Judge | When did she do that? |
| Defendant | I can't remember like, what year. |
| Immigration Judge | A year ago? |
| Defendant | Like, no, like in '95. |
| Immigration Judge | Now, has she ever made an application to make you legal in the United States? |
| Defendant | She did apply. |
| Immigration Judge | Yes, when did she do that? |
| Defendant | Um |
| Immigration Judge | After she became a citizen? |
| Defendant | My mom? |
| Immigration Judge | Yes.  Did she apply for you to get the green card.... |
| Defendant | Yes. |
| Immigration Judge | ....after she became a citizen. |

| | |
|---|---|
| Defendant | Yes. |
| Immigration Judge | Alright.  And what happened to those papers? |
| Defendant | Um, well, she had, well, all papers with her in my house but, all I needed is like to pay. |
| Immigration Judge | Yes. |
| Defendant | But she, she don't have like enough money to pay for like for all of us. |
| Immigration Judge | She can't pay the fee? |
| Defendant | Yes. |
| Immigration Judge | How many sisters and brothers do you have that are in the same situation? |
| Defendant | Three. |
| Immigration Judge | Three of you? |
| Defendant | Yes. |
| Immigration Judge | Including you? |
| Defendant | Uh-hmm. |
| Immigration Judge | (Unintelligible) Are any of the siblings older than you are? |
| Defendant | What's that? |
| Immigration Judge | (Unintelligible) brothers and sisters older than you? |
| Defendant | Yes. |
| Immigration Judge | How old are they? |
| Defendant | Nineteen. |
| Immigration Judge | That's the eldest. |
| Defendant | Yeah. |

| | |
|---|---|
| Immigration Judge | Then you at eighteen, and someone is younger than you? |
| Defendant | Uh-hmm. |
| Immigration Judge | How old is this person under you? |
| Defendant | Fifteen. |
| Immigration Judge | Okay. Now, um, is there anything in this gentleman's file about other relief (unintelligible) visa petition (Unintelligible)? |
| Immigration Attorney | No your Honor. In fact, he um, told the arresting officer that his mother was a native and citizen of Mexico, did not indicate that she was a United States citizen. |
| Immigration Judge | Alright. Why did you do that sir, if your mother is a citizen of the United States? |
| Defendant | Excuse me? |
| Immigration Judge | Why did you tell an immigration officer that your mother was a native and still a citizen of Mexico? |
| Defendant | He might have misunderstood (unintelligible) wrong. |
| Immigration Judge | What did you tell the officer about your mother's immigration status, that you remember? |
| Defendant | That she had papers, that she was, she had a green card. |
| Immigration Judge | Alright. Mr. (Unintelligible) what's this gentleman's immigration record? Please. We're not to the voluntary departure stage yet, but I want to have the whole picture here before I, talk to the respondent about relief. |
| Immigration Attorney | There don't appear to be uh, prior deportations. |
| Immigration Judge | About VR's? |
| Immigration Attorney | I would like to ask the respondent. |
| Immigration Judge | Any arrests or convictions? |

| | |
|---|---|
| Immigration Attorney | Yes. |
| Immigration Judge | Alright, let's here about those please. |
| Immigration Attorney | There were two, at least two arrests.  One is possession of stolen property and the other is receiving stolen property. |
| Immigration Judge | Any convictions? |
| Immigration Attorney | That isn't clear. |
| Immigration Judge | Sir, were you convicted on uh, basis of either of these arrests?  Possession of stolen property, were you ever convicted of that? |
| Defendant | Yes. |
| Immigration Judge | When were you convicted of that? |
| Defendant | What date? |
| Immigration Judge | Yes.  Approximately what month and year? |
| Defendant | October, it was last Monday. |
| Immigration Judge | I see, that's why you are in immigration custody. Now, there was another um, arrest for um, receiving stolen property.  This um, is that a separate arrest? |
| Defendant | I guess. |
| Immigration Judge | Have you been arrested before, the arrest for possession of stolen property?  Do you have two arrests? |
| Defendant | I only had one. |
| Immigration Judge | One arrest, which lead to one conviction.  Do you have any other convictions, sir, for anything? Including, vehicle, including violating um laws about driving cars? |
| Defendant | No. |

Page 6 of 12

9

| | |
|---|---|
| Immigration Judge | Alright, well, sir, um, you might want to think about doing your, um, about calling your mother and having her come to court with your papers. The approved I-1, the approval notice for the I-130 petition.  Um, you can ask the uh, this immigration court for um, perhaps an adjustment of status into the United States.  Um, there is a law right now, it's still in effect at the moment, although, might, might go out of an effect in two weeks,  I'm not sure about that, but it depends on what Congress decides to do, that will allow you to apply for an adjustment of status.  And it, and it um.  I realize the problem is having the one thousand dollars to apply for an adjustment of status to get a green card.  But maybe your mother would like to see if she can raise the one thousand dollars rather than have you return to Mexico where you would have to go to the U.S. Consulate in Juarez, Mexico, which is across from Texas, where you would have to make an application for a green card from Mexico.  And you would not be able to come back into United States, particularly not illegally because that will um, that will um, affect your chances of getting a green card very seriously.  So maybe she would rather not have you go back to Mexico right now and you should call her up and give her an opportunity to see what she can do about your case.  Maybe even get an attorney.  I think it would be wise for me to continue your case at least for a couple of days so you can talk to her and get her into court, or I can have you come by next week.  Do you want a couple of days or you want a week? |
| Defendant | But I don't want to do it. |
| Immigration Judge | If you go back to Mexico, you're going to have to stay there, sir.  That means.... |
| Defendant | Because I already talked to her and told her that I just prefer to go back to Mexico. |
| Immigration Judge | Do you have any one to live with down there? |
| Defendant | My dad. |
| Immigration Judge | Yah, where does he live? |

Page 7 of 12

| | |
|---|---|
| Defendant | Jalisco. |
| Immigration Judge | Alright, well you can do that.  Um, do you still want to get a green card of the United States? Do you want to come back to the United States? If you do, you have to do it legally and you have to get a green card to do it. |
| Defendant | No, I don't want to. |
| Immigration Judge | Those are, I am not sure that you're making the right decision, sir, but um, if you want to leave the United States then uh, you do have the right to make that decision.  I can go ahead and do your case today.  Um, I don't think it's a really good idea to do it, since you appear to be eligible to get a green card through these proceedings.  You can also get (unintelligible). Perhaps your family could raise a bond.  Next time that you come to court with your mother we can do a bond hearing.  You might be able to get out of immigration custody and then we can do a hearing for a green card.  Do you want to do that? Please say yes or no for the record. |
| Defendant | No, no. |
| Immigration Judge | Alright, then sir, please uh, tell me, um, if this information is correct? That you entered the United States near San Ysidro, California, sometime in 1982.  Is that correct? |
| Defendant | Can you repeat that? |
| Immigration Judge | Did you enter the United States near San Ysidro, California, on an unknown date in 1982? |
| Defendant | Yes. |
| Immigration Judge | That you were not admitted by an immigration officer at that time? |
| Defendant | Yes. |

| | |
|---|---|
| Immigration Judge | Alright.  Um, there is also another form of relief that you would probably be eligible for, sir.  And that's also called cancellation of removal.  That leads to a legal permanent resident card too.  You are in an excellent position to um, to make an application to get a green card through your mother, and the um conviction record that you have, you will make an application to this court department. I ask you one more time, would you like to, I'll get an attorney to assist you with this case, or to call your mother and have her come with your papers. |
| Defendant | No. |
| Immigration Judge | Alright.  Then do you want to apply for voluntary departure sir? |
| Defendant | Yes. |
| Immigration Judge | It appears on the basis of your admission, the charge should be sustained, and uh, if you are uh, removed from this country, which country would you wish to go to? |
| Defendant | Mexico. |
| Immigration Judge | Mr. (unintelligible) we have quite a bit background information already about the respondent, is there anything else that you will like to tell me about voluntary departure? |
| Immigration Counsel | Your Honor, I have a couple of questions for him, if I could? |
| Immigration Judge | Yes, briefly. |
| Immigration Counsel | Sir, have you been sent back to Mexico by immigration officers in the past? |
| Defendant | No. |
| Immigration Counsel | If the Judge lets you go to Mexico, would you stay in Mexico? |
| Defendant | Yes. |
| Immigration Counsel | Would you try to come back to the United States? |
| Defendant | No. |

Page 9 of 12

| Immigration Counsel | I don't have any other questions your Honor. |
|---|---|
| Immigration judge | Alright, um, sir um, given the equities that this uh respondent has in the United States- the amount of time he has lived in the United States, his, his mother um, appears to be a United States citizen and made an application for him to become legal permanent resident,(unintelligible) there are no prior deportations or voluntary returns. He does have a prior conviction for receiving stolen property.  What was your sentence sir, for receiving stolen property? Or possession of stolen property, excuse me. |
| Defendant | What was my sentence? |
| Immigration Judge | What was your sentence in criminal court for possession of stolen property?  Let me, let me back up here, you seem to uh, you have a confused look on your face.  The immigration attorney said that you had been arrested for possession of stolen property, and then you told me that you had been convicted of that crime in a criminal court.  Were you convicted by a judge in a criminal court of that charge?  Did you go to see a judge, a state court judge? |
| Defendant | No, no. |
| Immigration Judge | You did not? |
| Defendant | No. |
| Immigration Judge | Did you ever, before a judge, state court judge, enter a plea of guilty or not guilty to that charge? |
| Defendant | No. |
| Immigration Judge | You did not.  What happened with your case after you were arrested? |
| Defendant | They just sent me back over here. |
| Immigration Judge | They didn't uh, they didn't prosecute you?  They didn't send you to court... |
| Defendant | No, they told me that.... |

| Immigration Judge | with an attorney? |
|---|---|
| Defendant | They told me that I was not going to court. |
| Immigration Judge | Alright.  Alright, well, based on that information it appears that you have an arrest, but it doesn't appear to have lead to a conviction.  Even if it had lead to a conviction, sir, you are eligible for, um, to apply for a pardon of that in order to get a green card.  Um, you are eligible to get a green card uh, in Mexico through the U.S. Embassy on the basis of your mother's application. (Unintelligible) it won't cost as much, as it would to um, do your, to apply for your green card in the United States.  Maybe this is the best solution.  On the basis of all this favorable information, I am going to grant you voluntary departure, um, to be returned to Mexico under safeguards, uh, I'll give you until, um, one day of voluntary departure.  And, um, alternate order of removal to the country of Mexico, should that become necessary.  The day of voluntary departure would be October 29, 1997 under safeguards.  Alright, sir, um, (unintelligible) your order of removal is based on your admission to the allegations on the notice to appear.  And, sir, do you wish to appeal my decision to grant you voluntary departure?  If you think that my decision is wrong, sir, you may ask a higher court to change the decision.  Would you like to do that? |
| Defendant | Well, can I just be deported? |
| Immigration Judge | Well, what would happen is that as a result of this order, you will be sent back to Mexico this afternoon but won't have an order of removal against you which will, and that will make it somewhat easier for you get a legal permanent resident card through your mother.  Alright? Do you agree with that? |
| Defendant | Yes. |
| Immigration Judge | Alright.  Mr. (Unintelligible)? |
| Immigration Attorney | No appeal your Honor. |

Page 11 of 12

| Immigration Judge | Okay.  Sir, I have to tell you, that if you're going to get a green card through the U.S. Consulate you should (Unintelligible)or should make arrangements to do that as soon as possible. When you reach the age of 21, you will no longer; you won't be eligible um, well, I guess he still would be eligible, if your mother is a citizen. But, you don't want to wait and have any um, more complications to your case.  You want to get it taken care of immediately.  I would make, uh, talk to your mother and make any arrangements necessary to get to the U.S. Consulate and get a immigrant visa appointment. Also, um, you will need to remain unmarried.  That will, as long as your mother a citizen of the United States, being married would not be a complication.  But for some reason your mother is still a legal permanent resident of the United States, then being married and over the age of 21, it may take you much longer to get a green card.  So right now is the time to act.  Do you understand that? |
|---|---|
| Defendant | Yes. |
| Immigration Judge | And not next month.  I mean like tomorrow.  Don't sit on this, or you'll lose the chance.  Alright. |

Page 12 of 12